STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00504 EMC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) ) | |
| FREDDIE HERNANDEZ, | ) ) | Sentencing Date: January 16, 2013 |
| Defendant. | ) ) ) | Proposed Date: February 6, 2013 Time/Place: 2:30 p.m., Courtroom 5 Judge: Hon. Edward M. Chen |

The undersigned parties jointly stipulate as follows:

1. The sentencing in this matter is currently set for January 16, 2013, at 2:30 p.m.

2. Due to the unavailability of defense counsel and the need to further verify Mr. Hernandez's criminal history, defense counsel requests a brief continuance of Mr. Hernandez's sentencing hearing to February 6, 2013, at 2:30 p.m.

3. Assistant United States Attorney Mark Kang joins in this stipulation and has no objection to continuing the sentencing in this matter until February 6, 2013, at 2:30 p.m.

4. Probation Officer Sara Rizor Black has been contacted by defense counsel and has no objection to moving the hearing to February 6, 2013, at 2:30 p.m.

//

1    IT IS SO STIPULATED.

3    Dated: December 28, 2012                    /S/
                                        BRANDON M. LeBLANC
4                                       Assistant Federal Public Defender

6    Dated: December 28, 2012                    /S/
                                        MARK KANG
7                                       Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, and for the above reasons stated by counsel, it is hereby ORDERED that the sentencing hearing currently calendared for January 16, 2013, is continued to **February 6, 2013, at 2:30 p.m.** before this Court.

IT IS SO ORDERED.

Dated: 1/3/13

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA